# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  TERRY WHITCOMB  §  Case No.: 10-26040
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
　　　Debtor(s)　　　　　§

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/09/2010.

2) This case was confirmed on 08/16/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/12/2011.

5) The case was dismissed on 08/08/2011.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 17

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    4,100.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,600.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 4,600.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,197.61 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 228.39 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,426.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | UNSECURED | 6,000.00 | 7,866.57 | 7,866.57 | .00 | .00 |
| WORKFORCE FINANCIAL | UNSECURED | 1,445.00 | 2,222.91 | 2,222.91 | .00 | .00 |
| NATIONWIDE COMMERCIA | UNSECURED | 2,342.00 | 2,155.38 | 2,155.38 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 663.00 | 757.38 | 757.38 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 265.00 | 298.03 | 298.03 | .00 | .00 |
| SIR FINANCE | UNSECURED | 3,000.00 | 1,436.00 | 1,436.00 | .00 | .00 |
| ZALUTSKY & PINSKI | UNSECURED | NA | 3,500.00 | 3,500.00 | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 298.00 | 298.00 | 298.00 | .00 | .00 |
| WESTERN FUNDING | SECURED | 300.00 | 638.56 | 584.00 | 369.53 | 13.13 |
| PLS FINANCIAL SVCS I | UNSECURED | NA | 455.84 | 455.84 | .00 | .00 |
| WESTERN FUNDING | UNSECURED | 284.00 | .00 | 54.56 | .00 | .00 |
| BARNES AUTO GROUP | SECURED | 7,000.00 | 5,460.00 | 5,460.00 | 729.86 | 1,061.48 |
| BARNES AUTO GROUP | UNSECURED | 7,000.00 | 3,538.60 | 3,538.60 | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,437.00 | 2,476.70 | 2,476.70 | .00 | .00 |
| AMC ANESTHESIA | UNSECURED | 7,585.00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 11,398.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 391.00 | 341.46 | 341.46 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 7,721.00 | NA | NA | .00 | .00 |
| BUREAUS | UNSECURED | 824.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 371.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 920.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO PARK | UNSECURED | 764.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO BURE | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 615.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 696.00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | 901.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | 661.00 | NA | NA | .00 | .00 |
| EASYLOAN.COM | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 344.00 | 344.46 | 344.46 | .00 | .00 |
| HAROLD JAMES | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 2,319.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 647.00 | NA | NA | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | 647.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 131.00 | NA | NA | .00 | .00 |
| NORTHSIDE COMMUNITY | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| R K GULIANI MD | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| RIVER OAKS HONDA YUG | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| SBC | OTHER | .00 | NA | NA | .00 | .00 |
| SWEDISH CONVENANT ME | UNSECURED | 7,721.00 | NA | NA | .00 | .00 |
| SHAHRIAR DADKHAH | UNSECURED | 2,319.00 | NA | NA | .00 | .00 |
| SUNG SUP KIM MD | UNSECURED | 555.00 | NA | NA | .00 | .00 |
| SWEDISH CONVENANT ME | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| THOREK HOSPITAL & ME | UNSECURED | 707.00 | NA | NA | .00 | .00 |
| THOREK HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| UIC PHYSICIANS GROUP | UNSECURED | 647.00 | NA | NA | .00 | .00 |
| UIC PHYSICIANS GROUP | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSAL LENDERS IN | UNSECURED | 1,079.00 | 3,526.24 | 3,526.24 | .00 | .00 |
| US CELLULAR | UNSECURED | 320.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 308.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| WORKFORCE FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 431.00 | NA | NA | .00 | .00 |
| ZIP.COM PAYDAY LOAN | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | SECURED | NA | 10,647.15 | .00 | .00 | .00 |
| WORKFORCE FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                  Claim        Claim        Claim      Principal    Int. |
|   Name          Class    Scheduled    Asserted     Allowed       Paid       Paid |
|                                                                                |
|INTERNAL REVENUE SER  UNSECURED    NA      146.23       146.23        .00       .00 |
|ILLINOIS DEPT OF REV  PRIORITY     NA      408.43       408.43        .00       .00 |
|ILLINOIS DEPT OF REV  UNSECURED    NA       68.10        68.10        .00       .00 |
|CONSUMER PORTFOLIO S  UNSECURED    NA    8,683.38     8,683.38        .00       .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,044.00 | 1,099.39 | 1,074.61 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 6,044.00 | 1,099.39 | 1,074.61 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,885.13 | .00 | .00 |
| **TOTAL PRIORITY:** | 2,885.13 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 35,693.14 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,426.00 |
| Disbursements to Creditors | $ | 2,174.00 |
| **TOTAL DISBURSEMENTS:** | $ | 4,600.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/21/2011                                    /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**